IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J. PODAWILTZ, | Case No 3:17-cv-00477-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ROCKSTAR INC., | |
| Defendant. | |

In accord with the Stipulation of Dismissal (ECF No. 28) filed by the parties on November 21, 2017, it is ORDERED that this action is DISMISSED with prejudice and without costs or attorney fees to any party. All pending motions are denied as moot.

DATED this 21st day of November, 2017.

_____
STACIE F. BECKERMAN
United States Magistrate Judge

1 - ORDER OF DISMISSAL